IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROLAND J. SCHULTZ<br><br>v.<br><br>EMR, SPC, AND STEPHEN D'OTTAVI | CIVIL ACTION<br><br>NO. 14-5683 |
|---|---|

## ORDER

And NOW, this 20th day of February 2015, for the reasons stated in the foregoing memorandum, upon consideration of Plaintiff's Motion to Remand Case to Philadelphia County Court of Common Pleas (ECF 5), and all responses and replies thereto, it is hereby ORDERED that:

1. Plaintiff's Motion to Remand is DENIED without prejudice; and

2. Plaintiff shall respond to Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF 6) within 14 days of the date of this Order, and Defendants shall file a reply brief within 7 days thereafter.

BY THE COURT:

/s/ John R. Padova, E.J. for
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 14\14-5683 schultz v. emr\14cv5683 -- OrderMotRemand.docx