IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROLAND J. SCHULTZ<br><br>　　　v.<br><br>EMR, SPC et al. | CIVIL ACTION<br><br>NO. 14-5683 |
|---|---|

## ORDER

And NOW, this 22nd day of June 2015, for the reasons stated in the foregoing memorandum, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF 6) and Plaintiff's Second Motion to Remand Case to Philadelphia County Court of Common Pleas (ECF 18), and all responses and replies thereto, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss is **GRANTED IN PART**, and Plaintiff's wrongful termination claims (Counts II and III) are dismissed with prejudice.

2. Plaintiff's Second Motion to Remand is **GRANTED IN PART**, and Plaintiff's state law defamation claim (Count I) is remanded to the Philadelphia County Court of Common Pleas.

3. The Clerk shall close this case.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Michael M. Baylson**
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 14\14-5683 schultz v. emr\14cv5683.Order.MTD.6.22.15.docx